**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANTWAN BRADLEY, )
)
         Plaintiff, )
)
      v. ) Case No. 21 C 2517
)
CITY OF CHICAGO, Former CHICAGO ) Judge Thomas M. Durkin
POLICE SERGEANT RONALD WATTS, )
SERGEANT ALVIN JONES, OFFICER )
ELSWORTH SMITH JR., PHILIP J. CLINE, )
KAREN ROWAN, DEBRA KIRBY, and other )
as-yet-unidentified officers of the Chicago )
Police Department, )
)
         Defendants. )

**<u>AGREED ORDER OF DISMISSAL</u>**

This matter coming before the Court on the Stipulation of the parties, the parties having

reached agreement to settle this matter, and the respective parties being represented by counsel,

Plaintiff, Antwan Bradley, by his attorneys, Law Offices of Kenneth N. Flaxman; Defendant City of

Chicago, by its attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago;

Defendants Philip Cline, Debra Kirby, and Karen Rowan, by their attorneys, Burns Noland LLP,

Special Assistant Corporation Counsel; Defendant Ronald Watts, by his attorneys, Johnson & Bell,

Ltd., Special Assistant Corporation Counsel; and Defendants Alvin Jones and Elsworth Smith, Jr.,

by their attorneys, Hale & Monico, LLC, Special Assistant Corporation Counsel; and the parties

have entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being

otherwise fully advised in the premises, orders as follows:

All the claims of Plaintiff Antwan Bradley against Defendants City of Chicago, Philip Cline,

Debra Kirby, Karen Rowan, Ronald Watts, Alvin Jones, and Elsworth Smith, Jr., including all

claims against unknown, unidentified, and/or unserved officers and agents of the Chicago Police

Department, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice on June 15, 2026, unless a party has moved to extend that date prior to June 15, 2026. Each side shall bear its own costs and attorneys' fees.

All other court-ordered dates and deadlines are vacated.

ENTER: _____

HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT JUDGE

Terrence M. Burns
Daniel M. Noland
Paul A. Michalik
Attorneys for Defendant City of Chicago
Special Assistant Corporation Counsel
Burns Noland LLP
311 S. Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090